IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** | |
| ) | BEFORE:  DOUGLAS L. MICKO | |
| Plaintiff, ) | U.S. Magistrate Judge | |
| ) | | |
| v. ) | Case No: | 24-mj-129 DLM |
| ) | Date: | March 8, 2024 |
| Jason Miller Speed, ) | Court Reporter: | Paula Richter |
| ) | Courthouse: | St. Paul |
| Defendant. ) | Courtroom: | 6B |
| | Time Commenced: | 11:04 a.m. |
| | Time Concluded: | 11:55 a.m. |
| | Time in Court: | 51 minutes |

**X  PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 6 minutes/45 minutes

APPEARANCES:

Plaintiff:   William Mattessich, Assistant U.S. Attorney
Defendant:  Paul C. Engh
           X CJA

On X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
-Defendant waives the preliminary hearing.
-Jacquelyn Kvilhaug testified.
-Defendant remains in the custody of the USM until notified by Pretrial and Probation Services that a halfway house bed is available.

                                     s/*Ashley Nelson*
                                     Signature of Courtroom Deputy