## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-93 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

This matter comes before the Court on Defendant Jason Miller Speed's Motion to Exclude Time Under the Speedy Trial Act, ECF No. 22. Defendant also filed a Statement of Reasons, ECF No. 23.

Defendant requests that the deadlines be continued for two months. Defendant states that he "has agreed to undergo a thorough forensic evaluation," and it is "critical for the defense and the forensic evaluator to review [his] past records, which have been requested but not yet received." ECF No. 22 at 1. Defendant states that his "past evaluations at the school district he attended will be an important source of data." ECF No. 22 at 1. Defendant further states that he and his counsel need additional time to review discovery. ECF No. 22 at 2. By e-mail correspondence, the Government indicates that it has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy

1

trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Exclude Time Under the Speedy Trial Act, ECF No. 22, is **GRANTED**.

2. The period of time from **the date of this Order through July 1, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before the undersigned on **July 23, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 1, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel shall electronically file a letter on or before July 1, 2024, if no motions will be filed and there is no need for a hearing.**

6. All responses to motions shall be filed by **July 15, 2024**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **July 15, 2024**. D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **July 18,**

**2024**.  D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **July 23, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Jeffrey M. Bryan to confirm the new trial date.**


Dated: May  9 , 2024            *s/ Tony N. Leung*
                                                 Tony N. Leung
                                                 United States Magistrate Judge
                                                 District of Minnesota

                                                 *United States v. Speed*
                                                 Case No. 24-cr-93 (JMB/TNL)