## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-93 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

This matter comes before the Court on Defendant Jason Miller Speed's Second Motion to Exclude Time Under the Speedy Trial Act, ECF No. 25. Defendant also filed a Second Statement of Reasons, ECF No. 26.

Defendant requests that the deadlines be continued for an additional month. Defendant updates the Court from its first request as follows. Defendant states that he "has agreed to undergo a thorough forensic evaluation," and "[a]dditional time is needed to consider the report's implications for his defense and possible mitigation of punishment." ECF No. 25 at 1. Defendant states that his "past evaluations at the school district he attended will be an important source of data" and even though those records were requested months ago, no records have been received. *Id.* at 2. Defendant also seeks an exclusion from Speedy Trial Act computations in this case. *See* ECF No. 26 at 1. By e-mail correspondence, the Government represents that it has no objection to the second extension request.

1

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Second Motion to Exclude Time Under the Speedy Trial Act, ECF No. 25, is **GRANTED**.

2. The period of time from **the date of this Order through July 31, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before the undersigned on **August 29, 2024, at 9:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 31, 2024.**  D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel shall electronically file a letter on or before July 31, 2024, if no motions will be filed and there is no need for a hearing.**

6. All responses to motions shall be filed by **August 14, 2024**.  D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **August 14, 2024**.  D.

Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 19, 2024**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

 a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

 b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **August 29, 2024, at 9:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

11. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Jeffrey M. Bryan to confirm the new trial date.**

Dated: July 2, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Speed*
Case No. 24-cr-93 (JMB/TNL)

3