UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-93 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

This matter comes before the Court on Defendant Jason Miller Speed's Third Motion to Exclude Time Under the Speedy Trial Act, ECF No. 28. Defendant also filed a Third Statement of Reasons, ECF No. 29.

Defendant requests that the pretrial deadlines be continued for an additional month. Defendant updates the Court from its second request as follows. Defendant states that his forensic evaluation has now been completed and additional time is needed to consider the report's implications. ECF No. 28 at 1-2. Defendant also states that additional time is needed to give the parties time to consider a plea agreement. *Id.* at 2. Defendant also seeks an exclusion from Speedy Trial Act computations in this case. *See* ECF No. 29 at 1. By e-mail correspondence, the Government represents that it has no objection to the third extension request.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy

trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Third Motion to Exclude Time Under the Speedy Trial Act, ECF No. 28, is **GRANTED**.

2. The period of time from **the date of this Order through August 30, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before the undersigned on **September 20, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 30, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel shall electronically file a letter on or before August 30, 2024, if no motions will be filed and there is no need for a hearing.**

6. All responses to motions shall be filed by **September 13, 2024**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **September 13, 2024**. D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by

**September 18, 2024**.  D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **September 20, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Jeffrey M. Bryan to confirm the new trial date.**

Dated: July 31, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Speed*
Case No. 24-cr-93 (JMB/TNL)