## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-93 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

This matter comes before the Court on Defendant Jason Miller Speed's Fourth Motion to Exclude Time Under the Speedy Trial Act, ECF No. 31. Defendant also filed a Fourth Statement of Reasons, ECF No. 32.

Defendant requests that the pretrial deadlines be continued for an additional month to give the parties sufficient time to work towards a resolution as a draft plea agreement has recently been circulated between the parties. *See* ECF No. 31 at 2. Defendant also seeks an exclusion from Speedy Trial Act computations in this case. *See* ECF No. 32. By e-mail correspondence, the Government represents that it has no objection to the fourth extension request.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Fourth Motion to Exclude Time Under the Speedy Trial Act, ECF No. 31, is **GRANTED**.

2. The period of time from **the date of this Order through October 1, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before the undersigned on **November 7, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **October 1, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel shall electronically file a letter on or before October 1, 2024, if no motions will be filed and there is no need for a hearing.**

6. All responses to motions shall be filed by **October 15, 2024**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **October 15, 2024**. D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **October 18, 2024**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal

Procedure 12(c) where:

    a.    The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b.    Oral argument is requested by either party in its motion, objection or response pleadings.

10.    If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **November 7, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11.    **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact chambers by email for District Judge Jeffrey M. Bryan to confirm the new trial date.**

Dated: August 27, 2024

    *s/ Tony N. Leung*
    Tony N. Leung
    United States Magistrate Judge
    District of Minnesota

    *United States v. Speed*
    Case No. 24-cr-93 (JMB/TNL)