UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 24-CR-00093(1) (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

---

This matter is before the Court on Defendant Jason Miller Speed's Motion for Furlough. (Doc. No. 39.) The United States has no objection.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Motion for Furlough (Doc. No. 39) is GRANTED subject to the location, time and date specifications contained in the Motion. The defendant's parents may pick up the Defendant from his current residential facility at 3:00 PM on Monday, November 25, 2024, and take him to the designated restaurant in St. Paul. The defendant needs to return to the residential facility no later than 4:30 PM on the same day.

Dated: November 22, 2024                     /s/ *Jeffrey M. Bryan*
                                             Judge Jeffrey M. Bryan
                                             United States District Court

1