# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 24-CR-00093(1) (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Miller Speed, | |
| Defendant. | |

---

This matter is before the Court on Defendant Jason Miller Speed's Motion for Furlough (Motion). (Doc. No. 44.) The Government has not objected.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Motion (Doc. No. 44) is GRANTED, subject to the location, time, and date specifications noted in the Motion. Specifically, the family members of Defendant who are specified in the Motion may pick up the Defendant from his current residential facility at 12:00 p.m. on Friday, December 20, 2024, take him to the St. Paul Tap Restaurant, and return him to his residential facility no later than 1:30 p.m. on the same day.

Dated: December 16, 2024                     /s/ *Jeffrey M. Bryan*
                                             Judge Jeffrey M. Bryan
                                             United States District Court

1